**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| WENDELL CRUSE, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:26-cv-70 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| SCOTT SPRINGETTI, *et al.*, | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| Defendants. | : | |
| | : | |

---

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS**
**(DOC. NO. 8) AND DISMISSING ACTION WITHOUT PREJUDICE**

---

The Court has reviewed the Report and Recommendations (Doc. No. 8) of United States Magistrate Judge Peter B. Silvain, Jr., to whom this case was referred pursuant to 28 U.S.C. § 636(b).  Therein, Magistrate Judge Silvain recommends the dismissal of Plaintiff Wendell Cruse's case for failure to prosecute.  After analyzing the relevant factors set forth in *Stough v. Mayville Cmty. Schs.*, 138 F.3d 612, 615 (6th Cir. 1998), Magistrate Judge Silvain found that Plaintiff here has failed to prosecute this action and that there is no less drastic sanction, other than dismissal without prejudice, which sufficiently addresses the Plaintiff's lack of diligence.

Noting that no objections have been filed regarding the Report and Recommendations, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** Magistrate Judge Silvain's Report and Recommendations (Doc. No. 8).  Accordingly, this action is hereby **DISMISSED WITHOUT PREJUDICE** and the Clerk is directed to **TERMINATE** this matter on the Court's docket.

1

2

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, June 23, 2026.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

2